IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RONALD THORNTON,

     Petitioner,

v.

STATE OF FLORIDA,

     Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-0902

Opinion filed July 22, 2014.

Petition for Writ of Mandamus -- Original Jurisdiction.

Ronald Thornton, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Trisha Meggs Pate, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

     Ronald Thornton seeks a writ of mandamus compelling the circuit court to rule upon a motion for post-conviction relief filed on or about September 16, 2010. The petition for writ of mandamus is denied. See Munn v. Fla. Parole Comm'n, 807 So. 2d 733 (Fla. 1st DCA 2002). We encourage the circuit court, however, to promptly rule on the motion pending therein.

LEWIS, C.J., WOLF and WETHERELL, JJ., CONCUR.